Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Sante Fe Springs, CA 90670
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: Rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
LAURIE LYNN DAY

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE LYNN DAY, | Case No. 1:15-cv-00479-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. | |
| | (Doc. 14) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Laurie Lynn Day and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time by 30 days from November 28, 2015, to December 28, 2015, for Plaintiff to file a Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

| | |
|---|---|
| DATE: November 30, 2015 | Respectfully submitted,<br>LAWRENCE D. ROHLFING<br>   */s/ Vijay J. Patel*<br>BY: _____<br>Vijay J. Patel<br>Attorney for plaintiff Ms. Laurie Lynn Day |
| DATE: November 30, 2015 | BENJAMIN WAGNER<br>United States Attorney<br>   */s/ Marcelo N. Illarmo*<br>BY: _____<br>Marcelo N. Illarmo<br>Special Assistant United States Attorney<br>Attorneys for defendant Carolyn W. Colvin<br>\|*authorized by e-mail\| |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before December 28, 2015;

2. Defendant shall file a response to Plaintiff's opening brief on or before January 27, 2015; and

3. Plaintiff may file an optional reply brief on or before February 11, 2016.

IT IS SO ORDERED.

Dated:   **December 1, 2015**              **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE