UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LAURIE LYNN DAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00479-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME**<br><br>**(Docs. 17, 18)**[1] |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendant to file a response to Plaintiff's motion for summary judgment is extended thirty (30) days to February 26, 2016; and

2. Plaintiff may file an optional reply brief by no later than March 17, 2016.

IT IS SO ORDERED.

Dated:　**January 20, 2016**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant originally filed this request as a motion but subsequently submitted a stipulation seeking an extension of time to file a responsive brief.  (Doc. 17.)

Order to Extend Briefing Schedule; 1:15-CV-00479-SKO